**FILED**
May 26, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Melanie Miller_____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| TIFFANY BISSELL, | § § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CASE NO. 6:21-CV-00924-ADA-JCM |
| ELAINE MATA, IN HER INDIVIDUAL CAPACITY, DANIELLE CLARIDGE, IN HER INDIVIDUAL CAPACITY, BRITTANY HEMENWAY, IN HER INDIVIDUAL CAPACITY, FELISHA RODRIGUEZ, IN HER INDIVIDUAL CAPACITY; AND DOES 1-10, INCLUSIVE, | § § § § § § § § § § | |
| *Defendants.* | § | |

## AGREED ORDER

On May 18, 2022, the Court held a status conference in which Defendants Elaine Mata, Danielle Claridge, Brittany Hemenway, and Felisha Rodriguez's Motion to Dismiss came to be heard. After discussing Defendants' Motion to Dismiss, the Defendants and Plaintiff Tiffany Bissell (collectively, the "Parties") agree to dismiss the following claims and defenses:

The Parties agree that the Fourth Amendment claim brought by Plaintiff on behalf of herself should be dismissed.

The Parties further agree that the claim Plaintiff makes under the U.S. Constitution for "judicial deception" should be dismissed.

The Parties further agree that Defendants will dismiss the absolute immunity defense as it

pertains to Defendants' witness testimony in the state court proceedings.

**IT IS THEREFORE ORDERED** that Plaintiff's Fourth Amendment claim brought on behalf of herself is hereby **DISMISSED.**

**IT IS FURTHER ORDERED** that Plaintiff's claim of "judicial deception" under the U.S. Constitution is hereby **DISMISSED.**

**IT IS FURTHER ORDERED** that Defendants' defense of absolute immunity as it pertains to the Defendants' witness testimony in the state court proceedings is hereby **DISMISSED.**

**IT IS FURTHER ORDERED** that the Parties agree that the Plaintiff may amend her complaint.

**IT IS SO ORDERED.**

SIGNED on this the __26th__ day of ____May_____ 2022.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE

**AGREED AS TO FORM AND SUBSTANCE ON MAY 25, 2022**

*/s/ Edward A. Rose, Jr. (with permission)*
**Edward A. Rose, Jr.**
Edward A. Rose, Jr., P.C.
3027 Marina Bay Drive Suite 208
League City, Texas 77573
edrose@edroseattorneycpa.com

*/s/ Kent Motamedi (with permission)*
**Kent Motamedi**
Motamedi Law, PLLC
952 Echo Ln., Ste. 320
Houston, Texas 77024
(832) 582-5867
kent@montamedilaw.com

*Counsel for Plaintiff Tiffany Bissell*

**John Daniel Coolidge**
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4072 / Fax (512) 320-0667
daniel.coolidge@oag.texas.gov

*Counsel for Defendants Elaine Mata, Danielle Claridge, Brittany Hemenway, and Felisha Rodriquez*