IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| TIFFANY BISSELL, | § § § § | |
| *Plaintiff,* | § § § | |
| v. | § § § | CASE NO. 6:21-CV-00924-ADA-JCM |
| ELAINE MATA, IN HER INDIVIDUAL CAPACITY, DANIELLE CLARIDGE, IN HER INDIVIDUAL CAPACITY, BRITTANY HEMENWAY, IN HER INDIVIDUAL CAPACITY, FELISHA RODRIGUEZ, IN HER INDIVIDUAL CAPACITY; AND DOES 1-10, INCLUSIVE, | § § § § § § § § § | |
| *Defendants.* | § | |

## **ORDER ON PARTIES JOINT STIPULATION OF DISMISSAL**

On this day, the parties announced to the Court that they have compromised and come to a unanimous agreement in this cause of action; that Plaintiff, subject to subsequent discovery being conducted, no longer desires to prosecute this matter further against Defendants, Brittany Hemenway and Felisha Rodriguez, individually alone; and that the parties request the Court enter an order of dismissal without prejudice as to these two Defendants only in this case. The Court accepts, adopts, approves and renders judgment on the parties' agreement as follows:

**IT THEREFORE ORDERED, ADJUDGED**, **AND DECREED** that Defendants, Brittany Hemenway and Felisha Rodriguez, are hereby nonsuited without prejudice as to all claims and causes of actions subject to its later refiling.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all costs of Court and attorney's fees be taxed against the respective parties incurring same.

**SO ORDERED** this _____ day of _____, 2022.

 

_____
**PRESIDING JUDGE**
**UNITED STATES DISTRICT COURT**

**APPROVED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| */s/ Edward A. Rose, Jr.* | */s/ John Daniel Coolidge (By permission 07/22/22)* |
| **Edward A. Rose, Jr.** | **John Daniel Coolidge** |
| Edward A. Rose, Jr., P.C. | Office of the Attorney General |
| 3027 Marina Bay Drive Suite 208 | General Litigation Division |
| League City, Texas 77573 | P.O. Box 12548, Capitol Station |
| edrose@edroseattorneycpa.com | Austin, Texas 78711-2548 |
| | (512) 475-4072 / Fax (512) 320-0667 |
| | daniel.coolidge@oag.texas.gov |
| _____ | |
| **Kent Motamedi** | ***Counsel for Defendants Elaine Mata, Danielle Claridge, Brittany Hemenway, and Felisha Rodriquez*** |
| Motamedi Law, PLLC | |
| 952 Echo Ln., Ste. 320 | |
| Houston, Texas 77024 | |
| (832) 582-5867 | |
| kent@montamedilaw.com | |

***Counsel for Tiffany Bissell***