IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TIFFANY BISSELL, <br><br>*Plaintiff,*<br><br>v.<br><br>ELAINE MATA, IN HER INDIVIDUAL CAPACITY, DANIELLE CLARIDGE, IN HER INDIVIDUAL CAPACITY, BRITTANY HEMENWAY, IN HER INDIVIDUAL CAPACITY, FELISHA RODRIGUEZ, IN HER INDIVIDUAL CAPACITY; AND DOES 1-10, INCLUSIVE,<br><br>*Defendants.* | CASE NO. 6:21-CV-00924-ADA-JCM |

## ORDER OF PARTIAL DISMISSAL

The parties announced to the Court that they have compromised and come to a unanimous agreement in this cause of action; that Plaintiff, subject to subsequent discovery being conducted, no longer desires to prosecute this matter further against Defendants, Brittany Hemenway and Felisha Rodriguez, individually alone; and that the parties request the Court enter an order of dismissal without prejudice as to these two Defendants only in this case. The Court accepts, adopts, approves and renders judgment on the parties' agreement as follows:

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants, Brittany Hemenway and Felisha Rodriguez, are hereby nonsuited without prejudice as to all claims and causes of actions subject to its later refiling.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all costs of Court and attorney's fees be taxed against the respective parties incurring same.

**SO ORDERED** this 28th day of July, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE